# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE D. FORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LT. SPINNEY, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 18-2132 JGB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss (Dkt. No. 33) is DENIED, without prejudice to asserting a qualified immunity defense on summary judgment.

2. Defendants are ORDERED to file Answers to the First Amended Complaint

1

within fourteen (14) days of the date of this Order.

The Clerk shall serve copies of this Order on Plaintiff at her address of record and on counsel for Defendants.

IT IS SO ORDERED.

DATED: February 12, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE